United States District Court
Southern District of Texas
**ENTERED**
August 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRESTEN L SORENSEN, INDIVIDUALLY, AND THE ESTATE OF WANDA SORENSEN, <br><br> Plaintiff, <br><br> v. <br><br> BANKERS LIFE AND CASUALTY COMPANY, et al., <br><br> Defendants. | Case No. 4:15-cv-00770 |

## ORDER OF DISMISSAL

The parties having stipulated to a dismissal of this action; it is accordingly

ORDERED, ADJUDGED and DECREED that all claims, demands, and causes of action asserted or assertable herein by Plaintiff shall be, and the same are hereby, DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.   8/1/16



_____
JUDGE PRESIDING

ORDER OF DISMISSAL                                                                                   SOLO PAGE